NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 03-959

STATE OF LOUISIANA

VERSUS

RODNEY JAMES CALDWELL

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 264236
HONORABLE WILLIAM ROSS FOOTE, DISTRICT JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

AFFIRMED.

James C. Downs
District Attorney
9th Judicial District Court
701 Murray Street
Alexandria, LA 71301
(318) 473-6650
COUNSEL FOR APPELLEE:
    State of Louisiana

Pamela Sue Moran
619 South White Street
New Orleans, LA 70117
COUNSEL FOR DEFENDANT/APPELLANT:
    Rodney James Caldwell
Rodney James Caldwell

**Rapides Parish Detention Center 3**
**7400 Academy Drive**
**Alexandria, LA 71303-3728**
**IN PROPER PERSON**